

Marshall C. Richmond
(Present and Prior Names)
67389-065
(Institutional Register No.)
Federal Correctional Institution
Sheridan, OR 97378
(Address and Name of Institution
Where Presently Incarcerated)

FILED'08 MAR 10 12:06 USDC-ORP

UNITED STATES DISTRICT COURT
FOR THE ___ninth___ DISTRICT OF ___Oregon___

Marshall C. Richmond
(Full and Correct Name)
                        Plaintiff,

v.
United States government
City of Portland Police
Department.
                        Defendant(s)

**CV '08 - 0294 , HO**
CASE NO. _____

(To be supplied by the
Clerk)

COMPLAINT PURSUANT TO
28 U.S.C. 1331

## A. JURISDICTION

1) Marshall Richmond _____ presently resides at
   (Plaintiff)
   P O Box 5000 Sheridan, OR 97378
   (Mailing address or place of confinement)

2) Defendant(s) Special Emergency Reaction Team
   (Name of first defendant)
   presently resides at The Defendants are too numerous
   and is employed as to list on the cover pages (See Attached
   (Position and title, if any)
   At the time and claim(s) alleged in this complaint arose, was this defendant acting in

   his official capacity as an employee of the United States?

   Yes [✓]   No [ ]   Explain: _____

Unit Commander . Lieutenant Eric Hendricks

3) Defendant ___See back of Page___ presently resides

(name of second defendant)

at _____,

(present address)

and is employed as __Portland City Police officer__.

(Position and title, if any)

At the time the claim(s) alleged in this complaint arose was this defendant acting in his

official capacity as an employee of the United States? Yes ☑ No ☐ Explain: _____

_____

(Use the back of this page to furnish the above information for additional defendants.)

4) Jurisdiction is invoked pursuant to 28 U.S.C. §1331. (If you wish to assert jurisdiction

under additional statutes, you should list them below, and explain their significance.)

_____

_____

## B. NATURE OF THE CASE

1) Briefly state the background of your case. ON July 8th 2003 the Portland City Police (Sert team) acted upon an inadequat, and Insufficient Probable Cause affidavit (were the informant(s) Familiarity with the Petitioner was never furnished or established. Thus, the City of Portland acted prematurely; which ultimately resulted in a tumultuous Situation that placed the Petitioner, and his Family in impending danger. This Scenario of Course, has left long-term residual injuries upon the Petitioner's Children, and Himself.

Furthermore, Please keep in mind; the Petitioner did in Fact Produce Bail to be released from the City Police dept on the day of Arrest July. 8th

Thus, the Petitioner asserts he is Falsely imprisoned, Because the City of Police dropped the Charges on the defendant; And the Federal Government relied on an inadequat, and insufficient Probable Cause/ warrant

## List
### OF
### DEFENdANt(s)

1. Lt. Mike Reese
2. Sgt. M. Tellinghusen
3. Sgt. Larry Wooten
Sert.off 4. Gary Barbour
Sert.OFF 5. Bret Barnum
Sert.OFF 6. Leo Besner
Sert.OFF 7. Mark Butler
Sert.OFF 8. Joseph Churella
Sert.OFF 9. Russ Corno
Sert.OFF 10. Chad Daul

11. TIM Forsyth
12. Kevin Frazier
13. William Goff
14. TODD Gradwahl
15. Rick Hascall
16. Terry Kruger
17. Maury Mottrick
18. Scott Reasor
19. Andy Shearer
20. Mike Smith

21. Josh Goldschmidt
22. Mike Stradley
23. Dennis Wilcox
24. Larry Wingfield
25. Jim Hurley
26. Ray Turney/ K-9

INtel/edu
27. Pat Bender
28. Cathy Kent.

All of the above-mentioned officer's are employed by the Portland Police Bureau. Hence, they were acting within their official Capacities. Acting as custodians of the city Police department of Portland Oregon.

# ADDitional OFFicer

1. OFFicer meredith Hepper (36239)
2. OFFicer James McCausland (12326)
3. OFFicer Andrew Shearer (27242)
4. OFFicer Matt Nietsen (28174)
5. OFFicer Jay Bates (31070)
6. OFFicer Eric Strohmeyer (38637)
7. Sergeant Cheryl Robinson (24294)
8. Sergeant Ed Hamann (16415)
9. United State assistance attorney Jennifer mark

## C. CLAIM(S)

1) *I allege that my claim(s) arises under the Constitution or laws of the United States and that the following facts form the basis for my allegations: (If necessary you may attach up to two additional pages (8½" x 11") to explain any allegation or to list additional supporting facts. Do not attach copies of pleadings, or briefs from other cases or other memoranda unless requested by the Court.*

A) (1) Count I: (False Imprisonment) the Petitioner is currently incarcerated under an illegal Sentence.

(2) *Supporting Facts: (Include all facts you consider important, including names of persons involved, places and dates. Describe exactly how each defendant is involved. State the facts clearly in your own words without citing legal authority or argument.)*

If the indictment is defective based upon an insufficient Probable Cause/warrant, the Petitione claims his 4th & 5th Amendmant's have been violated which is Grounds for False Imprisonme

B) (1) Count II: (Defective Indictment). The Prosecutor (Jennifer Martin) Demonstrated Vindictive Prosecution.

(2) *Supporting Facts:* The Petitioner was initially indicted for Cocaine. However, the Prosecutor Falsified Government Documents by Nefariou- sly asserting the Petitioner was guilty of Cocaine Base. However, in Direct Violation of the Daubert Drug Analysis the Chemist never conducted a quantitative Drug examination. So there was no way to establish Chemical Compound formation. Which is grounds for vindictive Prosecutio.

C)    (1)    *Count III:* _____

_____

_____

(2)    *Supporting Facts:*

## D.    PREVIOUS LAWSUITS AND ADMINISTRATIVE RELIEF

1)    List all *other lawsuits you have filed in any federal or state court as well as any criminal action which in any way relates to the claim(s) involved in this action.*

a)    *Parties to previous lawsuit*

*Plaintiffs:* _____ NO other Law Suits

*Defendants:* _____

b)    *Name of court and docket number* _____

_____

c)    *Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?)* _____

_____

d)    *Issues raised* _____

e)    *Approximate date of filing lawsuit* _____

f)    *Approximate date of disposition* _____

a)    Parties to previous lawsuit

      Plaintiffs: _____

      Defendants: _____

b)    Name of court and docket number _____

      _____

c)    Disposition (for example:  Was the case dismissed?  Was it appealed?  Is it still

      pending?) _____

      _____

d)    Issues raised _____

e)    Approximate date of filing lawsuit _____

f)    Approximate date of disposition _____


a)    Parties to previous lawsuit

      Plaintiffs: _____

      Defendants: _____

b)    Name of court and docket number _____

      _____

c)    Disposition (for example:  Was the case dismissed?  Was it appealed?  Is it still

      pending?) _____

      _____

d)    Issues raised _____

e)    Approximate date of filing lawsuit _____

f)    Approximate date of disposition _____

(attach additional sheets as necessary to complete Part D)

I have previously sought informal or formal relief from the appropriate administrative officials regarding the acts complained of in Part C.  Yes ☐  No ☑  If your answer is "Yes," briefly describe how relief was sought and the results.  If your answer is "No," briefly explain why administrative relief was not sought.

Because there is No Available administrative resolution process for the Dept. of Police in Portland Oregon. Especially when Petitior is Currently Incarcerated.

## E.  REQUEST FOR RELIEF

1)     I believe that I am entitled to the following relief: Compensatory damages for the long-term residual harm this illegal and unconstitutional incarceration has rendered upon the Petitioner, and his Family.

Monetary damages to reimburse the Petitioner for the gross, and Capricious violation to his 4th ; 5th amendments

_____
Signature of Attorney (if any)

## DECLARATION UNDER PENALTY OF PERJURY

I declare (or certify, verify, or state) under penalty of perjury that the foregoing [Complaint] is true and correct.  28 U.S.C. §1746; 18 U.S.C. §§1621, et seq.

Executed at Shearden correctional Institon on 2-8- , 2008.
(Location)                                    (Date)

Marshall C Bachman
(Signature of Plaintiff)