IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

MARSHALL C. RICHMOND,

           Plaintiff,       Civil No. 08-294-HO

           v.          ORDER

UNITED STATES GOVERNMENT,
et al.,

           Defendants.

HOGAN, District Judge.

Plaintiff filed a "complaint pursuant to 28 U.S.C. § 1331" but did not pay the requisite filing fee or file an application to proceed in forma pauperis.

By Order (#3) plaintiff was allowed 30 days to either pay the $350 filing fee or to file an application to proceed in forma pauperis.

Plaintiff was advised that his complaint failed to state

1 - ORDER

a claim under 28 U.S.C. § 1331, and that his claim of "false imprisonment - the petitioner is currently incarcerated under an illegal sentence" should be properly brought as a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

On April 1, 2008, plaintiff filed an application to proceed in forma pauper (#4) and a Memorandum of Law (#5) informing the court that he is a federal inmate.

The proper procedure for a federal inmate to challenge his conviction is by a motion under 28 U.S.C. § 2255 which is properly filed in the criminal proceeding, ie. using the Criminal Case number assigned to the proceeding in which plaintiff was convicted. Plaintiff is advised that there is no filing fee for motions under § 2255. The clerk of court is requested to send plaintiff the appropriate form.

This proceeding is dismissed. Plaintiff's Application to Proceed in forma pauperis (#4) is denied as moot.


DATED this ___15th___ day of April, 2008.

           s/ Michael R. Hogan

           Michael R. Hogan
           United States District Judge


2 - ORDER